GEORGE SCOTT v. JOHNS–MANVILLE PRODUCTS CORPORATION.

October 19, 1981.

Petition for certification denied.

GEORGE B. TERRY v. DONAHUE SURGICAL GROUP.

October 19, 1981.

Petition for certification denied.

GEORGE B. TERRY v. DONAHUE SURGICAL GROUP.

October 19, 1981.

Cross-petition for certification denied.

RAMON H. SUAREZ v. ZEH & HAHNEMAN COMPANY.

October 19, 1981.

Petition for certification denied.

FRANK LENTINE v. JOSEPH KANEWSKI.

October 19, 1981.

Petitions for certification denied.